**MD II ENTERTAINMENT, INC. d/b/a Fare West and Duncan Burch, Individually, Appellants,**

v.

**CITY OF DALLAS, Texas and The Permit and License Appeal Board of the City of Dallas, Texas, Appellees.**

No. 05–00–01945–CV.

Court of Appeals of Texas, Dallas.

June 30, 2003.

Charles Joseph Quaid, Quaid & Quaid, L.L.C., Dallas, for appellants.

Jason G. Schuette, Assistant City Attorney, Dallas, for appellees.

Before Chief Justice THOMAS and Justices RICHTER and SPECTOR.[1]

**OPINION**

Opinion by Chief Justice THOMAS.

The Court has before it the November 18, 2002 joint motion to dismiss this appeal, asserting the parties have entered a settlement agreement resolving the controversy. We **GRANT** the parties' motion. Accordingly, we **DISMISS** the appeal and, in accordance with the parties' request, assess costs against the party incurring the same.

---

**1.** The Honorable Rose Spector, Retired, Supreme Court, sitting by assignment.